NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APPLE INC., CISCO SYSTEMS, INC., GOOGLE LLC, INTEL CORPORATION,**
*Plaintiffs-Appellants*

**EDWARDS LIFESCIENCES CORPORATION, EDWARDS LIFESCIENCES LLC,**
*Plaintiffs*

**v.**

**KATHERINE K. VIDAL, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,**
*Defendant-Appellee*

---

2024-1864

---

Appeal from the United States District Court for the Northern District of California in No. 5:20-cv-06128-EJD, Judge Edward J. Davila.

---

**ON MOTION**

---

Before REYNA, *Circuit Judge*.

**O R D E R**

PTAAARMIGAN (Patent and Trademark Attorneys, Agents, and Applicants for Restoration and Maintenance of Integrity in Government) moves unopposed for leave to file a corrected amicus curiae brief in support of appellee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The corrected brief, ECF No. 57, is accepted for filing.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 15, 2024
Date