**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-1371

March 13, 2025

VIA CM/ECF

Jarrett B. Perlow, Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW, Suite 401
Washington, DC 20439

RE: *Apple Inc. v. Stewart*, No. 2024-1864 (Fed. Cir.)

Dear Mr. Perlow:

In this suit, plaintiff Apple Inc. challenges a set of guidance issued by the Director of the USPTO known collectively as the *Fintiv* factors, arguing that the guidance should have been promulgated through notice-and-comment rulemaking. We write pursuant to Rule 28(j) to inform the Court that the Acting Director recently modified one aspect of the challenged guidance. The Acting Director has rescinded the interim guidance regarding the *Fintiv* factors issued in June 2022. *See* USPTO, *USPTO rescinds memorandum addressing discretionary denial procedures* (Feb. 28, 2025), https://perma.cc/2MK7-Z7EY; Memorandum from Katherine K. Vidal, Director, USPTO, to Members of the Patent Trial & Appeal Bd. (June 21, 2022), https://perma.cc/ZSV5-ZPZS. In rescinding the interim guidance, as in originally promulgating it, the Acting Director did not rely on notice-and-comment rulemaking. We write merely to bring this development to the Court's attention and do not contend that this development renders the litigation moot or otherwise affects the arguments in the Director's brief.

Sincerely,

s/ Weili J. Shaw
Weili J. Shaw
Attorney for the United States

cc: Counsel of Record (via CM/ECF)

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 28(j) because it contains 156 words, according to the count of Microsoft Word.

s/ Weili J. Shaw
WEILI J. SHAW